2jgmthbk (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Danette Tonia Gillette<br>    Debtor(s) | ) Case No.: 15−60108−abf7 |

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached after a trial or hearing.

IT IS ORDERED AND ADJUDGED: That on the Trustee's Motion for Contempt and Request for Monetary Sanctions against Debtor, Judgment is hereby entered in favor of the Trustee, Fred Charles Moon, and against Debtor Danette Tonia Gillette in the amount of $4,216.00, representing the 2014 income tax refunds, plus attorney fees in the amount of $750.



PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
      Deputy Clerk

Date of issuance: 11/5/15

Court to serve