2jgmthbk (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Danette Tonia Gillette<br>　　Debtor(s) | ) <br>) Case No.: 15−60108−abf7<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached after a trial or hearing.

IT IS ORDERED AND ADJUDGED: That Amended Judgment is hereby entered in favor of the trustee, and against the debtor, in the amount of $4216.00, representing the 2014 income tax refunds, and in the amount of $2200.00 representing cash proceeds from the post−petition sale of a horse that is property of Debtor's bankruptcy estate, plus attorney fees in the amount of $750.



PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
　　　Deputy Clerk

Date of issuance: 12/15/15

Court to serve